**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**NISHTMAN IZADI #A249-121-959**          **CIVIL ACTION NO.  3:26-CV-00103 SEC P**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**WARDEN RICHWOOD**                        **MAGISTRATE JUDGE DAVID J. AYO**
**CORRECTIONAL CENTER**

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 10), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **GRANTED**.  Petitioner must be released within five (5) business days.  Respondent must file a notice of compliance within 24-hours of Petitioner's release.

**THUS DONE AND SIGNED** in Chambers on the 11th day of May, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**