**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

Nishtman Izadi,  (A 249 121 959),

      *Petitioner*

v.

Warden of Richwood Correctional Center et al

      *Respondents*

Civil Action No. 3:26-cv-00103

District Judge: James D. Cain, Jr.

Magistrate Judge: David J. Ayo

**ORDER**

IT IS ORDERED that Emily C. Trostle be and is hereby substituted as the Attorney of Record on behalf of Nishtman Izadi in the above-described action.

SO ORDERED on this, the __26th__ day of __May__, 20_26_.

.

_____
U.S. Magistrate Judge