**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **NISHTMAN IZADI #A249-121-959** | **CASE NO.  3:26-CV-00103 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN RICHWOOD CORRECTIONAL CENTER** | **MAGISTRATE JUDGE DAVID J. AYO** |

<u>**MEMORANDUM ORDER**</u>

Before the court is a Motion to Enforce Judgment [doc. 19] filed by petitioner Nishtman Izadi, who was ordered released by this court and protests the fact that she was re-detained by ICE just a few days later. Petitioner argues that the factors underlying this court's order of release—namely, that she had been detained beyond the six-month threshold of reasonableness set forth in *Zadvydas* and the government could not establish a significant likelihood of removal in the reasonably foreseeable future—have not changed. Petitioner's counsel has informed the court that petitioner has filed a pro se petition for writ of habeas corpus in the Western District of Texas, where petitioner is currently detained.

The Western District of Texas has jurisdiction over petitioner's claims relating to the constitutionality of her present confinement. *E.g.*, *Padilla v. United States*, 416 F.3d 424, 425–26 (5th Cir. 2005). Petitioner may present all arguments relating to the foreseeability of removal there, and the government may be given the opportunity to show what circumstances, if any, have changed since this court's order. This court will not risk duplicative or conflicting rulings by concurrently entertaining the same arguments.

Accordingly, **IT IS ORDERED** that the Motion to Enforce Judgment [doc. 19] be

**DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 27th day of May, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**